Dismissed and Memorandum Opinion filed May 27, 2004









Dismissed and Memorandum Opinion filed May 27, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00929-CV

____________

 

KOLL REAL ESTATE GROUP, INC., Appellant

 

V.

 

JEREMIAH WYATT, AS REPRESENTATIVE
OF THE ESTATE OF AMOS WYATT, Appellee

 



 

On Appeal from the
10th District Court

Galveston County,
Texas

Trial Court Cause
No. 01CV0684

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order denying appellant=s special appearance.

On May 20, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 27, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.